UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eugene Beau Michael LaPorte Jr et al | Case No. CV 16-06058-AB (SSx) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| United States of America | |
| Defendants. | |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_30 days,_** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 6, 2017      _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE